

**Joshua A. Druck**
**Direct Dial 973-946-8298**
jdruck@lawgmm.com

September 13, 2024

> The conference scheduled for October 8, 2024 is adjourned *sine die*. The parties are directed to file a joint letter with the Court by October 30, 2024, addressing the status of the parties' mediation and whether the conference should be restored to the Court's calendar.
>
> SO ORDERED.
> Date: September 14, 2024
> New York, New York
>
> JOHN P. CRONAN
> United States District Judge

VIA ECF
The Honorable John P. Cronan, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:    David Gil v. 1246 LLC, et al.
              Case No.: 1:24-cv-04763-JPC

Dear Judge Cronan:

      This firm represents defendants 1264 LLC (incorrectly sued as 1246 LLC), 1230 LLC and Chestnut Holdings of New York, Inc. (collectively, "Defendants") in the above-referenced matter. Defendants write jointly with plaintiff David Gil to respectfully request an adjournment of the Initial Pretrial Conference (the "Conference") to after November 12, 2024.

      The parties are currently scheduled to appear for the Conference on October 8, 2024. Yesterday, the parties' first mediation conference was scheduled for October 29, 2024. The parties would like to explore early resolution through mediation without incurring unnecessary costs and therefore request that the Conference be adjourned until after the mediation is held. None of the parties has requested a previous adjournment or extension of the Conference.

      We thank the Court for the time and courtesies extended in this matter.

                      Respectfully,

                      */s/ Joshua A. Druck*

                      Joshua A. Druck

cc: Abdul K. Hassan, Esq. (via ECF)