# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**                                                                                          Tel: 718-740-1000
Email: abdul@abdulhassan.com                                                                    Fax: 718-740-2000
*Employment and Labor Lawyer*                                                                  Web: www.abdulhassan.com

October 29, 2024

**Via ECF**

Hon. John P. Cronan, USDJ
United States District Court, SDNY
500 Pearl Street, Courtroom 12-D
New York, NY 10007

> The request is granted. The parties' deadline to file a status report on the outcome of mediation is extended to November 21, 2024. The Clerk of Court is respectfully directed to close Docket Number 15.
>
> SO ORDERED.
> Date: October 30, 2024
> New York, New York
>
> /s/ John P. Cronan
> JOHN P. CRONAN
> United States District Judge

**Re: Gil v. 1246 LLC et al**
  Case No.  24-CV-04763 (JPC)(RFT)
  **Motion for Extension of Time**

Dear Judge Cronan:

     My firm represents plaintiff in the above-referenced action, and I respectfully write to request an extension of the October 30, 2024 deadline for the parties to file a status report on the outcome of mediation to November 21, 2024. This request is being made because the mediation in this case was rescheduled to November 14, 2024 due to a scheduling conflict. No prior request for an extension of this deadline was made.

     I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc:**   Defense Counsel via ECF

1