UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                                         :
DAVID GIL,                                                               :
                                                                         :
                            Plaintiff,                                   :   24 Civ. 4763 (JPC)
                                                                         :
                -v-                                                      :   ORDER
                                                                         :
1246 LLC, 1230 LLC, and CHESTNUT HOLDINGS OF                             :
NEW YORK, INC.,                                                          :
                                                                         :
                            Defendants.                                  :
                                                                         :
------------------------------------------------------------------------ X

JOHN P. CRONAN, United States District Judge:

The Court's December 16, 2024 Order directed the parties to file the settlement agreement and any other paperwork necessary for the Court to evaluate the parties' settlement under the standards set forth in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and its progeny by December 20, 2024. Dkt. 24. That deadline has passed and the docket does not reflect the entry of this submission. The Court *sua sponte* extends the parties' deadline to January 3, 2025.

SO ORDERED.

Dated: December 23, 2024
       New York, New York

                                                    _____
                                                            JOHN P. CRONAN
                                                         United States District Judge