# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427
~~~~

**Abdul K. Hassan, Esq.**                                      Tel: 718-740-1000
Email: abdul@abdulhassan.com                          Fax: 718-740-2000
*Employment and Labor Lawyer*                       Web: www.abdulhassan.com

**January 3, 2025**

**Via ECF**

Hon. John P. Cronan, USDJ
United States District Court, SDNY
500 Pearl Street, Courtroom 12-D
New York, NY 10007

                        **Re: Gil v. 1246 LLC et al**
                            **Case No.  24-CV-04763 (JPC)(RFT)**
                            **Motion for Extension of Time**

Dear Judge Cronan:

        My firm represents plaintiff in the above-referenced action, and I respectfully write to request a brief two-week extension of the January 3, 2025 deadline for the parties to file their motion for settlement approval. This request is being made because some additional time is needed for the parties to finalize the settlement papers which also involve the resolution of housing court proceeding, etc. The Court extended this deadline once.

        I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

  /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

cc:    **Defense Counsel via ECF**

The request is granted.  The parties' deadline to file the paperwork necessary for settlement approval is extended to January 17, 2025.  The Clerk of Court is respectfully directed to close Docket Number 26.

SO ORDERED.
Date: January 6, 2025
New York, New York

JOHN P. CRONAN
United States District Judge

1