UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X
DAVID GIL,

                Plaintiff,                          24 Civ. 4763 (JPC)

        -v-                                           ORDER

1246 LLC, 1230 LLC, and CHESTNUT HOLDINGS OF
NEW YORK, INC.,

                Defendants.
------------------------------------------------------------------------- X

JOHN P. CRONAN, United States District Judge:

      By January 31, 2025, the parties shall file a joint letter advising the Court as to their views concerning whether the proposed settlement agreement's release of "claims that relate to Plaintiff's employment with Defendants and/or use and occupancy of the Apartment," *see* Dkt. 29-1 § 5.1.iii, is "an overbroad release that would waive practically any possible claim against the defendants, including unknown claims and claims that have no relationship whatsoever to wage-and-hour issues," and thus impermissible under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015).

      SO ORDERED.

Dated: January 23, 2025
      New York, New York

                                                             JOHN P. CRONAN
                                                            United States District Judge