UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
DAVID GIL,

                           Plaintiff,                      24 Civ. 4763 (JPC)

            -v-                                    ORDER

1246 LLC, 1230 LLC, and CHESTNUT HOLDINGS OF
NEW YORK, INC.,

                         Defendants.
------------------------------------------------------------------------ X

JOHN P. CRONAN, United States District Judge:

      The Court is in receipt of the parties' joint letter addressing the scope of the release in the proposed settlement agreement. Dkt. 31. The Court concludes that a conference to discuss this issue would be beneficial. Counsel for the parties are therefore ordered to appear before the undersigned for a teleconference on February 20, 2025 at 11:00 a.m. At the scheduled time, counsel for all parties should call (855) 244-8681, access code 23027552307.

      SO ORDERED.

Dated: February 7, 2025
       New York, New York

                                                JOHN P. CRONAN
                                          United States District Judge