# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**                                                                                 Tel: 718-740-1000
Email: abdul@abdulhassan.com                                                              Fax: 718-740-2000
*Employment and Labor Lawyer*                                                        Web: www.abdulhassan.com

<div align="center">February 16, 2025</div>

**Via ECF**

Hon. John P. Cronan, USDJ
United States District Court, SDNY
500 Pearl Street, Courtroom 12-D
New York, NY 10007

<div align="center"><u>Re: Gil v. 1246 LLC et al</u>
Case No.  24-CV-04763 (JPC)(RFT)
<b>Motion to Adjourn Conference to a Later Time</b></div>

Dear Judge Cronan:

     My firm represents plaintiff in the above-referenced action, and I respectfully write to request that the February 20, 2025 be held at a later time – after 3:00 p.m. This request is being made because I have another in-person appearance in SDNY at 10:00 a.m. and may not be done by 11:00 a.m. I have conferred with opposing counsel who is available after 3:00 p.m. on February 20, 2025. No prior request for an adjournment or accommodation of this conference was made.

     I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

  /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc:**     **Defense Counsel via ECF**

The request is granted.  The conference currently scheduled for February 20, 2025 at 11:00 a.m. is adjourned to February 20, 2025 at 3:30 p.m.  The Clerk of Court is respectfully directed to close Docket Number 33.

SO ORDERED.
Date: February 18, 2025
New York, New York

JOHN P. CRONAN
United States District Judge