# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**  Tel: 718-740-1000
Email: abdul@abdulhassan.com  Fax: 718-740-2000
*Employment and Labor Lawyer*  Web: www.abdulhassan.com

**March 7, 2025**

**Via ECF**

Hon. John P. Cronan, USDJ
United States District Court, SDNY
500 Pearl Street, Courtroom 12-D
New York, NY 10007

<u>Re: Gil v. 1246 LLC et al</u>
Case No.  24-CV-04763 (JPC)(RFT)
**Motion for Extension of Time**

Dear Judge Cronan:

    My firm represents plaintiff in the above-referenced action, and I respectfully write to request a brief two-week extension of the March 7, 2025 deadline for the parties to file the stipulation of dismissal. This request is being made because we have not yet received the settlement payments which are due on or before March 14, 2025. No prior request for an extension of this deadline was made.

    I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc:**   **Defense Counsel via ECF**

---

The request is granted.  The parties shall file either a stipulation of dismissal or a status letter in this matter by March 21, 2025.  The Clerk of Court is respectfully directed to close Docket Number 37.

SO ORDERED.
Date: March 10, 2025
New York, New York

JOHN P. CRONAN
United States District Judge