# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**                                                                                                  Tel: 718-740-1000  
Email: abdul@abdulhassan.com                                    Fax: 718-740-2000  
*Employment and Labor Lawyer*                           Web: www.abdulhassan.com

**March 21, 2025**

**Via ECF**

Hon. John P. Cronan, USDJ  
United States District Court, SDNY  
500 Pearl Street, Courtroom 12-D  
New York, NY 10007

                   **Re: <u>Gil v. 1246 LLC et al</u>**  
                       Case No.  24-CV-04763 (JPC)(RFT)  
                   **Motion for Extension of Time**

Dear Judge Cronan:

       My firm represents plaintiff in the above-referenced action, and I respectfully write to request a brief one-week extension of the March 21, 2025 deadline for the parties to file the stipulation of dismissal. This request is being made because we have not yet received the settlement payments which were due on or before March 14, 2025 – defense counsel notified my office today that the checks were mailed out. One prior request for an extension of this deadline was made and granted.

       I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan  
By: Abdul K. Hassan, Esq. (AH6510)  
*Counsel for Plaintiff*

**cc:**       Defense Counsel via ECF

---

The request is granted.  The parties shall file a stipulation of dismissal or a status letter in this matter by March 28, 2025.  The Clerk of Court is respectfully directed to close Docket Number 39.

SO ORDERED.  
Date: March 23, 2025  
New York, New York

*/s/ John P. Cronan*  
JOHN P. CRONAN  
United States District Judge